UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN GORDON,<br><br>    Plaintiff,<br><br>vs.<br><br>COREY POTTER, IN PERSONAM; THE F/V GAMBLER, OFFICIAL NUMBER \_\_\_\_ HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>    Defendants. | Case No. 2:22-cv-01375-TL<br><br>AT LAW AND AT ADMIRALTY<br><br>**ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA** ~~(proposed)~~ |

    Having reviewed the parties' Joint Motion to Transfer Venue, and the remainder of the record, the Court finds that transfer is appropriate. Accordingly, the Court hereby finds and ORDERS:

    The Joint Motion to Transfer Venue is GRANTED, and this case is hereby TRANSFERRED to the District of Alaska for resolution. This case is now CLOSED.

    DATED this 6th day of January 2023.

*[signature]*

Tana Lin
United States District Judge

**ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA - 1**
**CASE NO. 2:22-CV-01375-TL**

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:23-cv-00010-JMK   Document 13   Filed 01/06/23   Page 1 of 2

Presented by:

　　/s/ John W. Merriam
　John W. Merriam, WSBA #12749
　4005 20th Avenue West, Suite 110
　Seattle, WA   98199
　Telephone:  (206) 729-5252
　Fax:  (206) 729-1012
　Email:  john@merriam-maritimelaw.com
　*Attorney for Plaintiff*


/s/ Michael A. Barcott
　Michael A. Barcott, WSBA# 13317
　3101 Western Avenue, Suite 500
　Seattle, WA 98121
　Telephone: 206-292-8008
　Fax: 206-340-0289
　Email: mbarcott@hwb-law.com
　*Attorney for Defendant*

**ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA - 2**
**CASE NO. 2:22-CV-01375-TL**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:23-cv-00010-JMK   Document 13   Filed 01/06/23   Page 2 of 2